UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOPURE HEALING PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WELLNX LIFE SCIENCES, INC.,<br><br>Defendant. | NO. C17-470-JPD<br><br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

This matter comes before the Court on the parties' stipulated motion to extend the deadline for defendant to answer or otherwise respond to plaintiff's complaint dated March 23, 2017. Dkt. 12. Defendant seeks this extension because it recently retained local counsel, and needs additional time to prepare its response. The parties' motion, Dkt. 12, is GRANTED, and the deadline is extended to **May 17, 2017**.

**All other deadlines remain in effect, including the June 14, 2017 deadline for the parties to consent to proceed before a United States Magistrate Judge.** *See* Dkt. 9.

DATED this 9th day of May, 2015.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 1