IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOPURE HEALING PRODUCTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>WELLNX LIFE SCIENCES, INC. and PLATINUM US DISTRIBUTION, INC. d/b/a WELLNX LIFE SCIENCES, USA<br><br>Defendants. | Civil Action No. C17-0470RSL<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO SEAL** |

This matter comes before the Court on BioPure Healing Products, LLC's Motion to Seal. Having considered the parties' briefing and the relevant record, the Court hereby GRANTS the Motion.

Accordingly, the unredacted versions of the following documents shall be filed under seal:

1. Plaintiff's Motion for a Preliminary Injunction; and
2. Declaration of Joseph Annicchiarico in Support of Plaintiff's Motion for a Preliminary Injunction.

IT IS SO ORDERED

ORDER GRANTING PLAINTIFF'S STIPULATED
MOTION TO SEAL
(2:17-cv-00470-RSL) ................................................ 1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

DATED this 23rd day of May, 2017,

*/s/ Robt S Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATED DISTRICT JUDGE

Respectfully submitted,

s/Thomas A. Shewmake
Thomas A. Shewmake, WSBA No. 50765
Marc C. Levy, WSBA No. 19203
Seed IP Law Group LLP
701 Fifth Ave., Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: marcl@seedip.com
Email: tomshewmake@seedip.com

Attorneys for Plaintiff
BioPure Healing Products, LLC

s/Stephen J. Kennedy
Stephen J. Kennedy, WSBA # 16341
18214 13th Place W.
Lynnwood, WA 98037
Telephone: (206) 484-1310
Email: stevekennedy3161@gmail.com

Attorney for Defendant
Wellnx Life Sciences, Inc.

ORDER GRANTING PLAINTIFF'S STIPULATED
MOTION TO SEAL
(2:17-cv-00470).......................................................... 2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900