UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOPURE HEALING PRODUCTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>WELLNX LIFE SCIENCES, INC., *et al.*,<br><br>Defendants. | Cause No. C17-0470RSL<br><br>ORDER OF REFERENCE<br>Pretrial Proceedings in Civil Case |

The Court hereby refers to United States Magistrate Judge James P. Donohue the above-captioned civil matter for all proceedings through the preparation and submission of a pretrail order. Any appeal from the determinations of the Magistrate Judge regarding non-dispositive pretrial motions shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3(b). The Magistrate Judge shall recommended dispositions of dispositive pretrial motions: objections thereto may be filed in accordance with Fed. R. Civ. P. 72(b).

DATED this 24th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE