**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| BIOPURE HEALING PRODUCTS, LLC, ) | |
| ) | CASE NO. CV17-00470 RSL |
| Plaintiff, ) | |
| v. ) | STIPULATED MOTION AND |
| ) | ORDER FOR EXTENSION |
| WELLNX LIFE SCIENCES, INC., et al., ) | OF TIME TO FILE OBJECTIONS |
| ) | |
| Defendants. ) | NOTE ON MOTION CALENDAR: |
| ) | JULY 18, 2017 |
| ) | |

**STIPULATION**

Pursuant to Local Rules 7(d)(1), 7(j), and 10(g) for civil proceedings before the United States District Court for the Western District of Washington, the parties, through their undersigned counsel of record, hereby stipulate and agree to the entry of an order extending the deadline for Defendant WellNX Life Sciences, Inc. and Defendant Platinum US Distribution, Inc. d/b/a WellNX Life Sciences, USA's (collectively, "Defendants" or "WellNX") filing of objections to Chief Magistrate Judge James P. Donohue's Report and Recommendation (Docket Entry No. 49) by one (1) week (*i.e.*, from the currently scheduled date of July 21, 2017 to July 28, 2017). The foregoing request is made due to the fact that the parties are discussing settlement and key decision-makers for Defendants are out of the office, and unreachable, this week. In the event settlement terms are not agreed to and Defendants file objections by July 28, 2017, the parties further agree that Plaintiff BioPure Healing Products, LLC shall still have

STIPULATED MOTION AND ORDER
(Case No. CV17-00470 RSL) - 1

Stephen J. Kennedy
Attorney at Law
18214 13th Place W.
Lynnwood, WA 98037
(206) 484-1310

fourteen (14) days after service of Defendants' objections to file a response to such objections.

Dated: July 18, 2017                              Respectfully submitted,

                                                     **SEED INTELLECTUAL PROPERTY LAW GROUP LLP**

BY: */s/ Stephen J. Kennedy*                       BY: /s/ *Marc C. Levy*_____
Stephen J. Kennedy, WSBA #16341              Marc C. Levy, WSBA #19203
stevekennedy3161@gmail.com                    marcl@seedip.com
18214 13th Place West                              701 Fifth Avenue, Suite 5400
Lynnwood, WA 98037                              Seattle, WA 98104
Telephone: 206-484-1310                          Telephone: 206-622-4900
Attorney for Defendants                            Attorney for Plaintiff

**EPSTEIN DRANGEL LLP**

BY: /s/ *Jason M. Drangel*
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: 212-292-5390
Facsimile: 212-292-5391
Attorney for Defendants, *Pro Hac Vice*

STIPULATED MOTION AND ORDER
(Case No. CV17-00470 RSL) - 2

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of July, 2017.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
(Case No. CV17-00470 RSL) - 3

**Stephen J. Kennedy**
**Attorney at Law**
**18214 13th Place W.**
**Lynnwood, WA 98037**
**(206) 484-1310**