# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BIOPURE HEALING PRODUCTS, LLC,

    Plaintiff,

v.

WELLNX LIFE SCIENCES, INC., et al.,

    Defendants.

Case No. C17-470-RSL-JPD

MINUTE ORDER

    The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

    This matter comes before the Court upon the parties' numerous submissions in response to the Court's directive that the parties meet and confer to discuss an appropriate injunction bond under Fed. R. Civ. P. 65(c). Dkts. 60, 62, 65. Specifically, the Court directed the parties to either submit a stipulation, or if they are unable to agree, submit separate submissions explaining their respective positions. Dkt. 49 at 29.

MINUTE ORDER
PAGE - 1

To date, the parties have been unable to reach an agreement as to the appropriate bond amount in this case.  On September 7, 2017, defendants asked the Court to set the bond at $474,400.  Dkt. 60.  By contrast, plaintiff asks the Court to find that the cost to defendants of complying with the preliminary injunction issued by the Court will be no more than $45,000, and therefore set a bond amount of no more than $45,000.  Dkt. 62.

On September 11, 2017, defendants submitted a "supplement" to their prior response, which was neither requested nor authorized by the Court's Report and Recommendation.  Dkt. 65.  Plaintiff may file an optional response to defendants' "supplement" by no later than **Friday, September 15, 2017**.  Absent an Order of the Court directing additional briefing, no further submissions regarding the bond will be considered.

The Clerk is directed to send a copy of this Minute Order to counsel for all parties.

DATED this 11th day of September, 2017.

William M. McCool
Clerk of the Court

s/ Sharita Tolliver
Deputy Clerk