# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BIOPURE HEALING PRODUCTS, LLC,

    Plaintiff,

v.

WELLNX LIFE SCIENCES, INC., et al.,

    Defendants.

Case No. C17-470-RSL-JPD

MINUTE ORDER DIRECTING THE PARTIES TO COMPLY WITH LCR 26(c)

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court upon the parties' submission of a proposed stipulated protective order. Dkt. 56. Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause. Although parties may agree on confidentiality among themselves, when they request that the court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted.

In this district, parties are strongly encouraged to use this district's model protective order, which is available on the Court's website. However, with the exception of the

MINUTE ORDER
PAGE - 1

introductory paragraph, the stipulated protective order submitted by the parties in this case appears to differ substantially from the model protective order. LCR 26(c) requires that "[p]arties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." To date, neither party has provided the Court with a redline version that reflects the differences between their submission and the model protective order approved for use in this district. Accordingly, the parties shall submit a proper redline version to the Court by no later than **Wednesday, September 20, 2017**.

The Clerk is directed to send a copy of this Minute Order to counsel for all parties.

DATED this 13th day of September, 2017.

William M. McCool<br>
Clerk of the Court<br><br>
s/ Sharita Tolliver<br>
Deputy Clerk